IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LARRY E. DAVIS

Defendant.

Case No.: 8:26CB9

**ORDER TO APPEAR**

You are ordered to appear for your next court hearing on Tuesday, November 24, 2026 at 9:00 a.m. in Courtroom No. 6 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated: September 29, 2026

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

9/29/2026
Date

Larry Davis
Defendant